Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LStone@shookandstone.com

Attorneys for Plaintiff Justine Lee Duda

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTINE LEE DUDA, | Case No.: 2:25-cv-01767-EJY |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER |
| vs. | (FIRST REQUEST) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Justine Lee Duda and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from December 18, 2025 to December 23, 2025, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

1  Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil
2  Procedure extended accordingly. This is Plaintiff's first request for an extension.
3  This request is made at the request of Plaintiff's counsel to allow additional time to
4  fully research the issues presented. Counsel is scheduled to be out of town due to
5  attendance at a previously scheduled memorial service.

DATE: December 16, 2025    Respectfully submitted,

                        LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                        /s/ *Marc V. Kalagian*
        BY: _____
             Marc V. Kalagian
             Attorney for plaintiff Justine Lee Duda

DATE: December 16, 2025       SIGAL CHATTAH
                                    First Assistant United States Attorney

                        /s/ *Angela Thornton-Millard*
        BY: _____

             Angela Thornton-Millard
             Special Assistant United States Attorney
             |*authorized by e-mail|

                                **ORDER**

DATED:  December 17, 2025.

IT IS SO ORDERED:

                                  _____
                                  ELAYNA J. YOUCHAH
                                  UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:25-CV-01767-EJY**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 17, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____